UNITED STATES DISTRICT COURT

FOR THE DISTICT of Columbia

Demanne Cutchin
  Plaintiff,

WMATA MTPD, Defendants

CIVIL ACTION NO 14-0206 (RBW)

RECEIVED Mail Room JUN 2 2016 Angela D. Caesar, Clerk of Court U.S. District Court, District of Columbia

June 1, 2016

MOTION For COURT TO Sanction WMATA Metropolitan Transit Police Department for not complying or responding to Plaintiff request For Discovery and Interrogatories.

Plaintiff, Demanne Cutchin, Pro Se, respectufully move the court to Impose sanctions on WMATA Metroßlitan Transit Police Department for not complying to civil Proceedure rules Failing to respond to Plaintiff request for Discovery and filling out Interroggatories within the time line set. As of June 1, 2016 Plaintiff have not receive any of the abovemention requestest from the defendants. Therefore Plaintiff ask the court to Subpaena the defendants for a response to the Plaintiff requestest.

1. (Smart Trip card serial number 0020000215087231) records of History.
2. Next Fare central system Form 1 of 1

## Certificate of Services

I hereby certify that on the 1st day of June, 2016 a copy of Plaintiff motion to Sanction and to Subpoena (WMATA) MTPD was served by United States Postal mail to Chief counsel Janice L. Cole #440351 for MTPD-WMATA 600 fifth St. N.W. Washington, D.C. 20001 and court clerk for United States District Court for The District of Columbia, 333 constitution Ave. N.W. Washington, D.C. 20001

June 1/2016 [signature] Pro Se
23860016

Demanne Cutchin
238 60 016
F.C.I. Ft. Dix
P.O. Box 2000
Ft. Dix N.J. 08640

INMATE NAME: Demanne Cutchin
REGISTER NO: 23860-016
HOUSING UNIT: 5711
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 2000
FORT DIX, NJ 08640

TRENTON NJ 085
31 MAY 2016 PM 3 L

Clerk office
United States District Court
for The District of Columbia
U.S. Court House
333 Constitution Avenue N.W.
Washington, D.C. 20001

20001-285822