**Christine Pembroke**
Attorney
3312 Dent Place, NW
Washington D.C. 20007
Tel. 202-553-3118
christine.pembroke@yahoo.com

APPELLATE DIVISION

2014 JUL 29 AM 9 31

U.S. ATTORNEY'S OFFICE-DC

July 27, 2013

The Honorable Julio Castillo
Clerk
D.C. Court of Appeals
430 E Street, NW
Washington, D.C. 20001

      Re: Demanne Cutchin v. United States,
           D.C. Court of Appeals Case Nos. 13-CO-1318, 14-CO-25 and 14-CF-296

Dear Mr. Castillo:

Appellant in the above-referenced matter challenges his gun-related convictions for reasons set forth in a contemporaneously filed brief. Specifically, appellant was convicted of violating D.C. Code § 22-4503(a)(1)), possession of an unregistered firearm (D.C. Code § 7-2502.01), carrying a pistol outside a home or business (D.C. Code § 22-4504(a)(2)), and unlawful possession of ammunition (D.C. Code § 7-2506.01(3)).

The day after undersigned counsel prepared and duplicated appellant's initial brief and appendix herein, the United States District Court for the District of Columbia issued a decision enjoining the enforcement of D.C. Code § 22-4504(a) and D.C. Code § 7-2502.02 for the reason that those gun-control provisions constitute an unconstitutional violation of a citizen's right to bear arms. *See Palmer et al. v. District of Columbia et al.*, DDC 09-CV-1482 (issued July 26, 2014). In light of the D.C. District Court's decision, undersigned counsel will be exploring the validity of appellant's convictions on Second Amendment grounds and reserves the right to file a supplemental brief in that regard.

                                        Respectfully,

cc: Elizabeth Trosman, AUSA
    Appellate Division